IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

CHARLES WILLIS,

           Plaintiff,

vs.

CONTINENTAL WESTERN INSURANCE
COMPANY, AND BERKLEY RISK
ADMINISTRATORS COMPANY, LLC,

           Defendants.

CIV No. 13-5010-JLV

**Stipulation of Dismissal**

It is hereby stipulated and agreed by and between the Plaintiff, Charles Willis, and the Defendants, Continental Western Insurance Company and Berkley Risk Administrators Company, LLC, through their attorneys of record, that Plaintiff's Complaint may be dismissed on its merits, with prejudice, and without costs or further notice to either party.

Dated this **18** of **Dec.**, 2015.  Dated this **24th** of November, 2015.

ABOUREZK LAW FIRM

By: _____
MICHAEL ABOUREZK
P.O. Box 9460
Rapid City, SD 57709-9460
Telephone: (605) 342-0097
mike@abourezk.com
***ATTORNEYS FOR PLAINTIFF***

BANGS, MCCULLEN, BUTLER,
FOYE & SIMMONS, LLP

By: _____
MICHAEL M. HICKEY
P.O. Box 2670
Rapid City, SD 57709
Telephone: (605) 343-1040
mhickey@bangsmccullen.com
***ATTORNEY FOR DEFENDANTS***