UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| CHARLES WILLIS,<br><br>                     Plaintiff,<br><br>     vs.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY and BERKLEY RISK ADMINISTRATORS COMPANY, LLC,<br><br>                     Defendants. | CIV. 13-5010-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation of dismissal (Docket 23), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to any party.

Dated January 7, 2016.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE